IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES EDWARDS, Reg # 04462-010,   *
                                     *
                  Plaintiff,         *
v.                                   *
                                     *   No. 2:15CV00159-JJV
UNITED STATES OF AMERICA,            *
                                     *
                  Defendant.         *

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ORDERED this 15th day of March, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1